UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONIQUE GRAYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-01761-MPB-TAB |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

SO ORDERED.

Dated: March 4, 2024

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _signature_
Deputy Clerk, U.S. District Court

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via e-mail generated by the Court's ECF system.